UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WANDA IVELISSE RODRIGUEZ FUENTES,

    Plaintiff,

v.                                                         Case No. 6:21-cv-1419-WWB-GJK

KISSIMMEE OPTICAL, INC. and JACK MAZLIN,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on the parties' Joint Motion for Approval of Settlement and Dismissal With Prejudice (Doc. 17). United States Magistrate Judge David A. Baker issued a Report and Recommendation (Doc. 18), in which he recommends that the parties' Motion be granted. The parties filed a Joint Notice of No Objection (Doc. 19).

After a de novo review of the record, and noting that neither party objects, the Court agrees entirely with the analysis in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 18) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement and Dismissal With Prejudice (Doc. 17) is **GRANTED**. The parties' Settlement Agreement and Release of Wage Claims (Doc. 17-1) is **APPROVED**, and this case is **DISMISSED with prejudice**.

3. The Clerk is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida on January 28, 2022.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record